**Anthony R. Carlis**
**Invent This Inc.**
**The Law Office of Anthony R. Carlis**
**Suite 1D**
**110 Hopewell Road**
**Downigtown, PA  19335**

**THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF**

**PENNSYLVANIA**

| | |
|---|---|
| **Quick Switch Enterprises, L.L.C.,** | **Case No.: Civil No. 05-4401** |
| **Plaintiff,** | **NOTICE  FOR DISMISSAL** |
| **vs.** | |
| **Flair Electronics, Inc.,** | |
| **Defendant** | |

**In accordance with Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Quick Switch Enterprises, L.L.C. ("Quick-Switch") respectfully requests the dismissal of the present case and the associated claims pending in said case without prejudice.**

**Dated this 19th day of January, 2006**

**Anthony R. Carlis Esq.**
**Invent This Inc.**
**The Law Office of Anthony R. Carlis**
**Suite 1D**
**110 Hopewell Road**
**Downigtown, PA  19335**
**Anthony R. Carlis**

**NOTICE  FOR DISMISSAL - 1**

**Invent This Inc.**
**The Law Office of Anthony R. Carlis**
**Suite 1D**
**110 Hopewell Road**
**Downigtown, PA  19335**