

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Quick Switch Enterprises, L.L.C., | Case No.: Civil No. 05-4401 |
| Plaintiff, | |
| vs. | |
| Flair Electronics, Inc., | **FILED** |
| Defendant | JAN 2 3 2006 |
| | MICHAEL E. KUNZ, Clerk |
| | By_____Dep. Clerk |

## ORDER

AND NOW, this 20th day of JANUARY, 2006, it having been reported that plaintiff requests the present case to be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1), It is ordered that this action is DISMISSED without prejudice.

_____
JAN E. DUBOIS, J

1/23/06
mailed to:
A. Carlis
Flair Electronics